**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

DETRIAWN R. WADE

PLAINTIFF

ADC #137948

V.                                    NO: 5:10CV00168 JMM

LAFAYETTE WOODS, SR.

DEFENDANT

<u>**JUDGMENT**</u>

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice;

the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from

the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 20th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE